**Appeal Dismissed and Memorandum Opinion filed December 22, 2020.**



In The

# Fourteenth Court of Appeals

### NO. 14-20-00268-CV

## FARRELL  THOMAS, Appellant

## V.

## NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER, Appellee

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-52088**

## MEMORANDUM  OPINION

This appeal is from a judgment signed on March 2, 2020. The clerk's record was filed June 26, 2020. No reporter's record was taken. No brief was filed.

On November 10, 2020, this court issued an order stating that unless appellant filed a brief on or before December 10, 2020, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Poissant.